IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:11cr51

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| VICTOR DOMINGO-MARTIN. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Indictment [Doc. 18].

On October 28, 2011, the Defendant pled guilty to a Bill of Information in Criminal Case No. 1:11cr90. As a result, the Government seeks leave to dismiss the Bill of Indictment in this case. There being no opposition, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Bill of Indictment [Doc. 18] is hereby **GRANTED** and the Bill of Indictment in this matter is hereby **DISMISSED**.

Signed: October 31, 2011

Martin Reidinger
United States District Judge